**Opinion issued September 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00115-CV

———————————

**LATONIA ROBERSON, Appellant**

**V.**

**NIZINSKI FAMILY WATERS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1141359**

---

## MEMORANDUM OPINION

Appellant, Latonia Roberson, has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to

file brief). After being notified that this appeal was subject to dismissal, appellant

did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.